**COURT**

FILED
CLERK, U.S. DISTRICT COURT

4/1/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR      5:22-cr-00094-JGB |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vi), (b)(1)(C): Possession with Intent to Distribute Controlled Substances; 18 U.S.C. § 924(c)(1)(A)(i): Carrying Firearms During and in Relation to, and Possession of Firearms in Furtherance of, Drug Trafficking Crimes; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms; 18 U.S.C. § 922(k): Possession of a Firearm Bearing an Obliterated Serial Number; 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| MARIO RICHARD BUSTAMANTE, aka "Midget," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 19, 2021, in San Bernardino County, within the

Central District of California, defendant MARIO RICHARD BUSTAMANTE,

also known as "Midget," knowingly and intentionally possessed with

intent to distribute at least 50 grams, that is, approximately 498 grams, of methamphetamine, a Schedule II controlled substance.

Prior to committing the offense alleged in this Count, defendant BUSTAMANTE had been finally convicted of the following serious drug felonies as that term is defined and used in Title 21, United States Code, Sections 802(57), 841, and 851:

1.   Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, with an enhancement for the use of a firearm, in violation of California Penal Code Section 12022(c), with an enhancement for prior felony convictions, in violation of California Health and Safety Code Section 11370.2(c), and with an enhancement for prior felony convictions, in violation of California Penal Code Section 667.5(b), in the Superior Court for the State of California, County of Los Angeles, case number KA083412, on or about July 15, 2008, for which defendant BUSTAMANTE served a term of imprisonment of more than 12 months.  Defendant BUSTAMANTE was released for that offense within 15 years of the commencement of the offense alleged in this Count.

2.   Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351, with an enhancement for the use of a firearm, in violation of California Penal Code Section 12022(c), and with an enhancement for prior felony convictions, in violation of California Health and Safety Code Section 11370.2(c), in the Superior Court for the State of California, County of Los Angeles, case number KA110424, on or about March 2, 2016, for which defendant BUSTAMANTE served a term of imprisonment of more than 12 months.  Defendant BUSTAMANTE was

released for that offense within 15 years of the commencement of the
offense alleged in this Count.

COUNT TWO

[21 U.S.C. §§ 841 (a) (1),  (b) (1) (B) (vi)]

On or about May 19, 2021, in San Bernardino County, within the Central District of California, defendant MARIO RICHARD BUSTAMANTE, also known as "Midget," knowingly and intentionally possessed with intent to distribute at least 10 grams, that is, approximately 75 grams, of a mixture and substance containing a detectable amount of (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) ("p-Fluorofentanyl"), an analogue of N-phenyl-N-[l-(2-phenlyethyl)-4-piperidinyl] propanamide ("fentanyl"), and a Schedule I narcotic drug controlled substance.

Prior to committing the offense alleged in this Count, defendant BUSTAMANTE had been finally convicted of the following serious drug felonies as that term is defined and used in Title 21, United States Code, Sections 802(57), 841, and 851:

1.   Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, with an enhancement for the use of a firearm, in violation of California Penal Code Section 12022(c), with an enhancement for prior felony convictions, in violation of California Health and Safety Code Section 11370.2(c), and with an enhancement for prior felony convictions, in violation of California Penal Code Section 667.5(b), in the Superior Court for the State of California, County of Los Angeles, case number KA083412, on or about July 15, 2008, for which defendant BUSTAMANTE served a term of imprisonment of more than 12 months.  Defendant BUSTAMANTE was released for that offense within 15 years of the commencement of the offense alleged in this Count.

1      2.   Possession of Controlled Substance for Sale, in violation

2  of California Health and Safety Code Section 11351, with an

3  enhancement for the use of a firearm, in violation of California

4  Penal Code Section 12022(c), and with an enhancement for prior felony

5  convictions, in violation of California Health and Safety Code

6  Section 11370.2(c), in the Superior Court for the State of

7  California, County of Los Angeles, case number KA110424, on or about

8  March 2, 2016, for which defendant BUSTAMANTE served a term of

9  imprisonment of more than 12 months. Defendant BUSTAMANTE was

10  released for that offense within 15 years of the commencement of the

11  offense alleged in this Count.

COUNT THREE

[21 U.S.C. §§ 841 (a) (1),  (b) (1) (C)]

On or about May 19, 2021, in San Bernardino County, within the Central District of California, defendant MARIO RICHARD BUSTAMANTE, also known as "Midget," knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

COUNT FOUR

[18 U.S.C. § 924 (c) (1) (A) (i)]

On or about May 19, 2021, in San Bernardino County, within the Central District of California, defendant MARIO RICHARD BUSTAMANTE, also known as "Midget," knowingly carried firearms, namely, a Charter Arms, model "The Lavender Lady," .38 Special caliber revolver, bearing the partially obliterated serial number 12-09*00; a Taurus, model G2c, 9mm Luger caliber semiautomatic pistol, bearing an obliterated serial number; and a Bond Arms, .357 Magnum caliber derringer, bearing serial number 110699, during and in relation to, and possessed such firearms in furtherance of, drug trafficking crimes, namely, possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841 (a) (1), (b) (1) (A) (viii) , as charged in Count One of this Indictment; possession with intent to distribute a fentanyl analogue, in violation of Title 21, United States Code, Sections 841 (a) (1), (b) (1) (B) (vi), as charged in Count Two of this Indictment; and possession with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841 (a) (1), (b) (1) (C), as charged in Count Three of this Indictment.

COUNT FIVE

[18 **U.S.C.** § 922 (g) (1)]

On or about May 19, 2021, in San Bernardino County, within the Central District of California, in a car, defendant MARIO RICHARD BUSTAMANTE, also known as "Midget," knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1.  a Charter Arms, model "The Lavender Lady," .38 Special caliber revolver, bearing the partially obliterated serial number 12-09*00;

2.  a Taurus, model G2c, 9mm Luger caliber semiautomatic pistol, bearing an obliterated serial number; and

3.  a Bond Arms, .357 Magnum caliber derringer, bearing serial number 110699.

Defendant BUSTAMANTE possessed such firearms knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.  Possession of Controlled Substance while Armed, in violation of California Health and Safety Code Section 11370.l(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA026036, on or about March 6, 1995;

2.  Possession of Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA027861, on or about July 5, 1995;

3.  Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA033857, on or about November 13, 1996;

4.    Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA039291, on or about July 16, 1998;

5.    Possession of Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA047445, on or about March 15, 2000;

6.    Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA065631, on or about April 5, 2004;

7.    Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA075558, on or about July 7, 2006;

8.    Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA083412, on or about July 15, 2008;

9.    Carrying a Loaded Firearm, in violation of California Penal Code Section 25850(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

10.    Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

11. Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

12. Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

13. Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

14. Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

15. Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

16. Possession of Ammunition by a Prohibited Person, in violation of California Penal Code Section 30305(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

17. Possession of Controlled Substance While Armed, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

18.  Transportation/Sale of Controlled Substance, in violation of California Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

19.  Possession of Controlled Substance While Armed, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

20.  Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

21.  Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

22.  Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

23.  Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

24.  Possession of Ammunition by a Prohibited Person, in violation of California Penal Code Section 30305(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016; and

25.    Possession of Controlled Substance While Armed, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016.

COUNT SIX

[18 **U.S.C.** § 922 (g) (1)]

On or about May 19, 2021, in San Bernardino County, within the Central District of California, in a garage, defendant MARIO RICHARD BUSTAMANTE, also known as "Midget," knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1.    a Norinco, model MAK-90, 7.62x39mm caliber semiautomatic rifle, bearing serial number 38379;

2.    a Remington, model 11-87 Special Purpose, 12-gauge shotgun, bearing serial number PC494246; and

3.    a Jimenez Arms, model J.A. 380, .380 Automatic caliber semiautomatic pistol, bearing serial number 392546.

Defendant BUSTAMANTE possessed such firearms knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Possession of Controlled Substance while Armed, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA026036, on or about March 6, 1995;

2.    Possession of Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA027861, on or about July 5, 1995;

3.    Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA033857, on or about November 13, 1996;

1      4.   Possession of Controlled Substance for Sale, in violation

2  of California Health and Safety Code Section 11378, in the Superior

3  Court for the State of California, County of Los Angeles, Case Number

4  KA039291, on or about July 16, 1998;

5      5.   Possession of Controlled Substance, in violation of

6  California Health and Safety Code Section 11377(a), in the Superior

7  Court for the State of California, County of Los Angeles, Case Number

8  KA047445, on or about March 15, 2000;

9      6.   Possession of Controlled Substance for Sale, in violation

10  of California Health and Safety Code Section 11378, in the Superior

11  Court for the State of California, County of Los Angeles, Case Number

12  KA065631, on or about April 5, 2004;

13      7.   Felon in Possession of a Firearm, in violation of

14  California Penal Code Section 12021(a)(1), in the Superior Court for

15  the State of California, County of Los Angeles, Case Number KA075558,

16  on or about July 7, 2006;

17      8.   Possession of Controlled Substance for Sale, in violation

18  of California Health and Safety Code Section 11378, in the Superior

19  Court for the State of California, County of Los Angeles, Case Number

20  KA08)412, on or about July 15, 2008;

21      9.   Carrying a Loaded Firearm, in violation of California Penal

22  Code Section 25850(a), in the Superior Court for the State of

23  California, County of Los Angeles, Case Number KA110424, on or about

24  March 2, 2016;

25      10.  Possession of Controlled Substance for Sale, in violation

26  of California Health and Safety Code Section 11378, in the Superior

27  Court for the State of California, County of Los Angeles, Case Number

28  KA110424, on or about March 2, 2016;

1    11.   Possession of Controlled Substance for Sale, in violation

2 of California Health and Safety Code Section 11351, in the Superior

3 Court for the State of California, County of Los Angeles, Case Number

4 KA110424, on or about March 2, 2016;

5    12.   Possession of Controlled Substance for Sale, in violation

6 of California Health and Safety Code Section 11351, in the Superior

7 Court for the State of California, County of Los Angeles, Case Number

8 KA110424, on or about March 2, 2016;

9    13.   Felon in Possession of a Firearm, in violation of

10 California Penal Code Section 29800(a)(1), in the Superior Court for

11 the State of California, County of Los Angeles, Case Number KA110424,

12 on or about March 2, 2016;

13    14.   Felon in Possession of a Firearm, in violation of

14 California Penal Code Section 29800(a)(1), in the Superior Court for

15 the State of California, County of Los Angeles, Case Number KA110424,

16 on or about March 2, 2016;

17    15.   Felon in Possession of a Firearm, in violation of

18 California Penal Code Section 29800(a)(1), in the Superior Court for

19 the State of California, County of Los Angeles, Case Number KA110424,

20 on or about March 2, 2016;

21    16.   Possession of Ammunition by a Prohibited Person, in

22 violation of California Penal Code Section 30305(a)(1), in the

23 Superior Court for the State of California, County of Los Angeles,

24 Case Number KA110424, on or about March 2, 2016;

25    17.   Possession of Controlled Substance While Armed, in

26 violation of California Health and Safety Code Section 11370.1(a), in

27 the Superior Court for the State of California, County of Los

28 Angeles, Case Number KA110424, on or about March 2, 2016;

15

18.    Transportation/Sale of Controlled Substance, in violation of California Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA110424, on or about March 2, 2016;

19.    Possession of Controlled Substance While Armed, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

20.    Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

21.    Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

22.    Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

23.    Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016;

24.    Possession of Ammunition by a Prohibited Person, in violation of California Penal Code Section 30305(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016; and

25.   Possession of Controlled Substance While Armed, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Los Angeles, Case Number KA111566, on or about February 2, 2016.

COUNT SEVEN

[18 U.S.C. § 922(k)]

On or about May 19, 2021, in San Bernardino County, within the Central District of California, defendant MARIO RICHARD BUSTAMANTE, also known as "Midget," knowingly possessed a firearm, namely, a Taurus, model G2c, 9mm Luger caliber semiautomatic pistol, bearing an obliterated serial number, that had been shipped and transported in interstate and foreign commerce, and from which defendant BUSTAMANTE knew the manufacturer's serial number had been removed, obliterated, and altered.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Three of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)   All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(c)   All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(d)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.   Pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof:  (a)  cannot be

19

located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts Four through Seven of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____ /S/ _____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
  Money Laundering, and
  Racketeering Section

MARIA ELENA STITELER
Assistant United States Attorney
International Narcotics, Money
  Laundering, and Racketeering
  Section